**No. 09-7870 (09A1218). Ronnie Lee Gardner, Petitioner v. Hank Galetka, Warden.**

560 U.S. 981, 130 S. Ct. 3450, 177 L. Ed. 2d 353, 2010 U.S. LEXIS 4978.

June 17, 2010. Application for stay of execution of sentence of death, presented

to Justice Sotomayor, and by her referred to the Court, denied. Motion for leave to file a petition for rehearing denied.

Former decision, 559 U.S. 993, 130 S. Ct. 1737, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2235.